Michael R. Brooks, State Bar No. 167315
Bruce T. Bauer, State Bar No.  149781
**BROOKS BAUER, LLP**
2677 N. Main Street, Suite 930
Santa Ana, CA  92705-6632
Telephone (714) 558-1961; Facsimile (714) 564-9302

Attorneys for Defendants, AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICHANDA POK AND VANN PHOU<br><br>Plaintiff,<br><br>v.<br><br>American Home Mortgage Servicing, Inc.,;<br>AMERICAN BROKERS CONDUIT;<br>POWER DEFAULT SERVICES, INC.;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS INC.;<br>INNOVIA ESTATES ; DESIREE FORD<br>and DOES 1-20 inclusive,<br><br>Defendants. | Case No:  2:09-CV-02385-WBS-EFB<br>*[Assigned to the Honorable Judge William B. Shubb]*<br><br>**[~~PROPOSED~~] ORDER RE: REQUEST TO PARTICIPATE BY TELEPHONE IN DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**DATE:  January 19, 2009**<br>**TIME:   2:00 p.m.**<br>**CRTRM:  5 - 14th floor** |

Defendants AMERICAN  HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. may participate by TELEPHONE in the upcoming hearing on the Motion to Dismiss Amended Complaint, for Plaintiffs' PICHANDA POK AND VANN PHOU, Failure to State a Claim Upon Which Relief Can Be Granted, or in the alternative, for a More Definitive

- 1 -

Statement, scheduled to take place on January 19, 2010 at 2:00 p.m. in Courtroom "5" of the above-entitled Court.  The courtroom deputy will initiate the telephone conference call.

Dated:  January 5, 2010

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```