1  LAW OFFICES OF SHARON L. LAPIN
   SHARON L. LAPIN SBN 165919
2  110 LOCH LOMOND DR.
   SAN RAFAEL, CA 94901
3  PHONE: (415) 258-1651
   FAX: (916) 258-0326
4  email: lapinlaws@juno.com

5
   Attorney for Plaintiffs
6

7

8

9

10                         **UNITED STATES DISTRICT COURT**

11                          **EASTERN DISTRICT OF CALIFORNIA**

12

13

14

15

16  PICHANDA POK and VANN PHOU,
                                              CASE NO.: 2:09-CV-02385 WBS-EFB
17          Plaintiffs,
                                              ORDER GRANTING MOTION TO
18  v.                                        APPEAR BY TELEPHONE
                                              FOR THE MOTION TO DISMISS
19  AMERICAN HOME MORTGAGE
    SERVICING, INC.; AMERICAN                 JUDGE: William B. Shubb
20  BROKERS CONDUIT; POWER                    DATE:  January 19, 2010
    DEFAULT SERVICES, INC.;                   TIME:  2:00 P.M.
21  MORTGAGE ELECTRONIC                       DEPT:  Courtroom 5
    REGISTRATION SYSTEMS, INC.;
22  INNOVIA ESTATES; JOSEPH HAI DINH;
    DESIREE FORD, and DOES 1-20
23  inclusive,

24          Defendants.
    _____/
25
    The Court having reviewed the Motion to Appear by Telephone at the Motion to Dismiss, good
26
    cause appearing therefore, hereby orders as follows:
27

28

1  IT IS HEREBY ORDERED, that Plaintiffs' Counsel may appear telephonically at the
2 Motion to Dismiss currently set to be heard on January 19, 2010 at 2:00 P.M. in Courtroom 5 before
3 the Honorable William B. Shubb, of the above entitled Court, by and through their counsel, Sharon
4 L. Lapin (415) 258-1651.  The courtroom deputy shall initiate the telephone conference call.

6 DATED:  January 8, 2010

```
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```